**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **JPM Sutton LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Coco Pazzeria** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-4802924** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1078 First Avenue**<br>**New York, NY 10022**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business<br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **www.cocopazzeria.com**

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **JPM Sutton LLC** _____  Case number (*if known*)_____
      Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Debtor  **JPM Sutton LLC**  Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative Information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

16. Estimated liabilities  ☐ ...  ☐ ...  ☐ ...

Debtor  **JPM Sutton LLC**  Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **JPM Sutton LLC**                                         Case number (*if known*)
          Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/09/2023
              MM / DD / YYYY

X /s/ Giuseppe Luongo                           Giuseppe Luongo
Signature of authorized representative of debtor   Printed name

Title   **Operating Manager**

**18. Signature of attorney**

X /s/ Arthur A. Luger                           Date   10/09/2023
Signature of attorney for debtor                       MM / DD / YYYY

**Arthur A. Luger 1756634**
Printed name

**Arthur A Luger Esq**
Firm name

**299 Broadway Suite 1700**
**New York, NY 10007**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 244-6255**    Email address   **alugeresq1@gmail.com**

**1756634 NY**
Bar number and State

Fill in this information to identify the case:

Debtor name: **JPM Sutton LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>200 Vesey Street<br>New York, NY 10285 | | Credit card purchases | | | | $59,963.00 |
| Bridge Apts. Co.<br>770 Lexington Avenue #7<br>New York, NY 10065 | | Rent Arrears | Disputed | | | $182,421.48 |
| BWK-L Frank/Acorta US Corp.<br>52 Vanderbilt Avenue, Suite 1401<br>New York, NY 10017 | | Trade debt | | | | $626.00 |
| BWL Beer Castle<br>854 Ralph Avenue<br>Brooklyn, NY 11236 | | Trade debt | | | | $4,778.00 |
| Con Edison<br>JAF Station<br>New York, NY 10116 | | Utilities | | | | $59,963.00 |
| Enotria Wine Imports<br>116 West 23rd Street, Suite 500<br>New York, NY | | Trade debt | | | | $7,919.00 |
| IOU Central Inc.<br>d/b/a IOU Financial Inc<br>600 Town Lake, Suite 100<br>Kennesaw, GA 30144 | | Business Loan | Disputed | | | $38,282.00 |
| Jose Estrada, et al.<br>c/o C.K. Lee and Anne Seelig<br>Lee Litigation Group, PLLC<br>148 West 24th Street, 8th Floor<br>New York, NY 10011 | | Wage and Hour Lawsuit | Unliquidated<br>Disputed | | | $10.00 |

Debtor   **JPM Sutton LLC**                                                                 Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| New V&J Produce Corp. 24-20 49th Street Astoria, NY 11103 | | Trade debt | | | | $1,094.00 |
| NYS Dept. of Taxation and Finance Chief Enforcement Division - Offset Unit W A Harriman Campus Albany, NY 12227 | | Sales Tax | | | | $39,605.00 |
| NYS Dept. of Taxation and Finance Civil Enforcement Division - Offset Unit W A Harriman Campus Albany, NY 12227 | | Sales Tax | | | | $11,279.00 |
| Pro Guard/EcoLab Inc. P.O. Box 32027 Astoria, NY 11103 | | Trade debt | | | | $5,775.00 |
| Soilar Selection 150 West 30th Street, Suite 706 New York, NY 10001 | | Trade debt | | | | $8,322.00 |
| Stream Mechanical LLC 515 Bluff Road Fort Lee, NJ 07024 | | Trade debt | | | | $1,600.00 |
| Valley View Produce 59-60 48th Street New York, NY 10285 | | Trade debt | | | | $8,712.00 |
| Vox Funding LLC 100 Park Avenue, 26th Floor New York, NY 10017 | | Receivables Funding | Disputed | | | $181,486.00 |

American Express
200 Vesey Street
New York, NY 10285


Aubrey Thrasher, LLC
1170 Peachtree Street, Suite 1924
Atlanta, GA 30309


Bridge Apts. Co.
770 Lexington Avenue #7
New York, NY 10065


BWK-L Frank/Acorta US Corp.
52 Vanderbilt Avenue, Suite 1401
New York, NY 10017


BWL Beer Castle
854 Ralph Avenue
Brooklyn, NY 11236


C.K. Lee and Anne Seelig
Lee Litigation Group, LLC
148 West 24th Street, 8th Floor
New York, NY 10011


Chuck M. Douglas
Wakhisi-Douglas, LLC
1055 Howell Mill Road, Suite 800
Atlanta, GA 30318


Civil Court Clerk - Landlord Tenant
New York County
111 Centre Street, Room 225
New York, NY 10013


Con Edison
JAF Station
New York, NY 10116


Enotria Wine Imports
116 West 23rd Street, Suite 500
New York, NY


IOU Central Inc. d/b/a IOU Financial Inc
600 Town Lake, Suite 100
Kennesaw, GA 30144


J & C Associates
271 Madison Avenue, 22nd Fl.
New York, NY 10016


Jose Estrada, et al.
c/o C.K. Lee and Anne Seelig
Lee Litigation Group, PLLC 148 West 24th
New York, NY 10011

Mikhail Usher
Usher Law Group, P.C.
1022 Avenue P, 2nd Fl.
Brooklyn, NY 11223


New V&J Produce Corp.
24-20 49th Street
Astoria, NY 11103


NYS Dept. of Taxation and Finance
Chief Enforcement Division - Offset Unit
W A Harriman Campus
Albany, NY 12227


Pro Guard/EcoLab Inc.
P.O. Box 32027
Astoria, NY 11103


Robert Gordon, Esq.
Amsterdam & Levine, LLP
271 Madison Avenue, Suite 700
New York, NY 10016


Soilar Selection
150 West 30th Street, Suite 706
New York, NY 10001


Stream Mechanical LLC
515 Bluff Road
Fort Lee, NJ 07024


Valley View Produce
59-60 48th Street
New York, NY 10285


Vox Funding LLC
100 Park Avenue, 26th Floor
New York, NY 10017


Yonatan Klestzick, Esq.
Lieberman and Klestzick, LLP
71 S. Central Avenue, 2nd Floor
Valley Stream, NY 11580

**United States Bankruptcy Court**
Southern District of New York

| In re | JPM Sutton LLC | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __JPM Sutton LLC__ in the above captioned action, certifies that the following is a (are) limited liability company, other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

Date 10/09/2023

/s/ Arthur Luger
Arthur Luger 1756634
Signature of Attorney or Litigant
Counsel for   JPM Sutton LLC
Arthur A Luger Esq
299 Broadway Suite 1700
New York, NY 10007
(212) 244-6255  Fax:
alugeresq1@gmail.com